FILED
CLERK, U.S. DISTRICT COURT
MAY -8 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:17-MJ-1003 |
| Plaintiff, ) | |
| ) | ORDER OF DETENTION AFTER HEARING |
| v. ) | (18 U.S.C. § 3142(i)) |
| Marquis James Williams ) | |
| Defendant. ) | |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above;

    5. (✓) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. ( ) On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

///

1. ( ) serious risk defendant will flee;
2. ( ) serious risk defendant will
   a. ( ) obstruct or attempt to obstruct justice;
   b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonably assure:

A. ( ) appearance of defendant as required; and/or

B. (✓) safety of any person or the community.

III.

The Court has considered:

A. (✓) the nature and circumstances of the offense, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. (✓) the weight of evidence against the defendant;

C. (✓) the history and characteristics of the defendant;

D. (✓) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because:

prior record; nature of charges; alleged gang association

///
///
///

| | |
|---|---|
| 1 | B. ( ) History and characteristics indicate a serious risk that defendant will flee because: |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | C. ( ) A serious risk exists that defendant will: |
| 9 |     1. ( ) obstruct or attempt to obstruct justice; |
| 10 |     2. ( ) threaten, injure or intimidate a witness/ juror, because: |
| 11-16 | |
| 17 | D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption |
| 18 | provided in 18 U.S.C. § 3142 (e). |
| 19 | IT IS ORDERED that defendant be detained prior to trial. |
| 20 | IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections |
| 21 | facility separate from persons awaiting or serving sentences or person held pending appeal. |
| 22 | IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private |
| 23 | consultation with his counsel. |

DATED: 5/8/17

_____
U.S. MAGISTRATE / DISTRICT JUDGE